IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WALTER MERCADO-SALINAS et al., *Plaintiff*, v. BART ENTERPRISES INTERNATIONAL, LTD. et al., *Defendants*. | CIVIL NO. 07-01113 (FAB) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

We respectfully request that our appearance be entered as counsel for defendants Bart Enterprises International, Ltd.; Walter International Productions, Inc.; Waltervision, Inc.; WalterVision Productions, Inc.; Walter Mercado Radio Productions, Inc.; Walter Mercado Enterprises Corp.; Guillermo Bakula; Maritza Barton; Marisela Carvajal; and Ramón del Valle.

We certify that we are admitted to practice in this court.

Respectfully submitted.

In San Juan, Puerto Rico, this 9th day of April, 2007.

**Certificate of Service**

I hereby certify that, on the above date, this paper was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**McCONNELL VALDÉS**
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-2631
Fax: (787) 474-9201
*Attorneys for defendants Bart Enterprises International, Ltd., Walter International Productions, Inc., Waltervision, Inc., WalterVision Productions, Inc., Walter Mercado Radio Productions, Inc., Walter Mercado Enterprises Corp., Guillermo Bakula, Maritza Barton, Marisela Carvajal and Ramón del Valle*

s/Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

s/Roberto C. Quiñones-Rivera
USDC-PR No. 211512
rcq@mcvpr.com